185 So. 917

**Elmer CATO et al. v. G. R. WALKER et al.**

6 Div. 367.

Supreme Court of Alabama.

Dec. 6, 1938.

Thos. W. Millican, of Cullman, for appellants.

James & Stewart, of Cullman, for appellees.

PER CURIAM.

Appeal dismissed for want of prosecution.